UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
MILTON WILLIAMS, *on behalf of himself and all*                         :
*others similarly situated*,                                            :
                                                                        :
                                                                        :
                              Plaintiff,                                :
                                                                        :
              -v-                                                       :        25 Civ. 1864 (JPC)
                                                                        :
POGI BEAUTY LLC,                                                        :        ORDER
                                                                        :
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 7, 2025, Plaintiff served Defendant with copies of the Summons and Complaint.

Dkt. 7.  Defendant's deadline to respond to the Complaint was therefore April 28, 2025.  *See* Fed.

R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to

the Complaint from Defendant.  On June 11, 2025, counsel for Plaintiff requested a thirty-day

extension of Defendant's time to respond to the Complaint because he had recently been contacted

by an attorney for Defendant.  Dkt. 9.  Any request for relief for Defendant should come from

Defendant itself, and if an attorney is representing Defendant in this matter, that attorney must

promptly file a notice of appearance.  The Court nonetheless extends *sua sponte* Defendant's

deadline to respond to the Complaint until July 11, 2025.  If Defendant once again fails to respond

to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by July 18,

2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which

Defendant was served with the Summons and Complaint, and to file proof of service on the docket

within two days of such service.

SO ORDERED.

Dated: June 12, 2025
       New York, New York

JOHN P. CRONAN
United States District Judge